# EXHIBIT C

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET-BACKED PASS THROUGH CERTIFICATES, SERIES 2004-R8, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2004, WITHOUT RECOURSE, <br><br> PLAINTIFF, <br><br> v. <br><br> THOMAS H. TYNER a/k/a THOMAS HAROLD TYNER, JENNIFER C. TYNER a/k/a JENNIFER CLINK TYNER, SAMUEL SPANN, HUGH TAYLOR, THE UNITED STATES OF AMERICA ACTING BY AND THROUGH ITS AGENCY THE INTERNAL REVENUE SERVICE, AND HERITAGE TRUST FEDERAL CREDIT UNION, <br><br> DEFENDANTS. <br><br> THOMAS H. TYNER AND JENNIFER C. TYNER, INDIVIDUALLY AND AS REPRESENTATIVES OF A CLASS OF INDIVIDUALS SIMILARLY SITUATED, <br><br> THIRD PARTY PLAINTIFFS, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, LAURA SHAY, A GROUP OF ASSIGNEES OF NOTE AND MORTGAGES FROM AMERIQUEST MORTGAGE COMPANY REFERRED TO HERE AS RICHARD ROES 1 THROUGH 100, AND A GROUP OF INDIVIDUALS EMPLOYED OR AGENTS FOR AMERIQUEST MORTGAGE COMPANY REFERRED TO HERE AS JOHN DOES 1 THROUGH 100, <br><br> THIRD PARTY DEFENDANTS. | C/A No._____ <br><br> **NOTICE OF REMOVAL** <br> **TO ALL ADVERSE PARTIES** |

## NOTICE OF REMOVAL TO ALL ADVERSE PARTIES

TO:   Lawrence E. Richter, Jr.                     Cheryl H. Fisher
David K. Haller                                       Jennifer W. Rubin
Richter & Haller, LLC                    Rogers Townsend & Thomas, P.C.
Post Office Drawer 1089                Post Office Box 100200
Mt. Pleasant, South Carolina 29465    Columbia, South Carolina 29202

Attorneys for Defendants/Third Party    Attorneys for Plaintiff
Plaintiffs Thomas Tyner and Jennifer
Tyner, individually and as class
Representatives

Hugh Taylor                                      Lionel S. Lofton
114 Steeplechase Drive                 Lofton & Lofton, P.C.
Goose Creek, South Carolina 29445   Post Office Box 449
                                                      Charleston, South Carolina 29402

*Pro Se*                                                  Attorneys for Third Party Defendant
                                                      Laura Shay

PLEASE TAKE NOTICE that on August 23, 2005, Third Party Defendant Ameriquest Mortgage Company filed a Notice of Removal of this action to the United States District Court for the District of South Carolina. A true and correct copy of the Notice of Removal is attached hereto. This notice is served upon you as counsel and parties of record in compliance with 28 U.S.C. § 1446.

*[signature]*

James Y. Becker, Federal Bar No. 5733
John H. Tiller, Federal Bar No. 4890
A. Parker Barnes III, Federal Bar No 7628

HAYNSWORTH SINKLER BOYD, P.A.
1201 Main Street, 22nd Floor (29201-3232)
Post Office Box 11889
Columbia, South Carolina 29211-1889
(803) 779-3080

Attorneys for Third Party Defendant
Ameriquest Mortgage Company

August 23, 2005