# EXHIBIT D

### UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET-BACKED PASS THROUGH CERTIFICATES, SERIES 2004-R8, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2004, WITHOUT RECOURSE, <br><br> PLAINTIFF, <br><br> v. <br><br> THOMAS H. TYNER A/K/A THOMAS HAROLD TYNER, JENNIFER C. TYNER A/K/A JENNIFER CLINK TYNER, SAMUEL SPANN, HUGH TAYLOR, THE UNITED STATES OF AMERICA ACTING BY AND THROUGH ITS AGENCY THE INTERNAL REVENUE SERVICE, AND HERITAGE TRUST FEDERAL CREDIT UNION, <br><br> DEFENDANTS. <br><br> THOMAS H. TYNER AND JENNIFER C. TYNER, INDIVIDUALLY AND AS REPRESENTATIVES OF A CLASS OF INDIVIDUALS SIMILARLY SITUATED, <br><br> THIRD PARTY PLAINTIFFS, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, LAURA SHAY, A GROUP OF ASSIGNEES OF NOTE AND MORTGAGES FROM AMERIQUEST MORTGAGE COMPANY REFERRED TO HERE AS RICHARD ROES 1 THROUGH 100, AND A GROUP OF INDIVIDUALS EMPLOYED OR AGENTS FOR AMERIQUEST MORTGAGE COMPANY REFERRED TO HERE AS JOHN DOES 1 THROUGH 100, <br><br> THIRD PARTY DEFENDANTS. | C/A No._____ <br><br><br> **NOTICE OF FILING** <br> **OF NOTICE OF REMOVAL** |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:  The Honorable Mary P. Brown
     Berkeley County Clerk of Court
     300 California Avenue
     Moncks Corner, South Carolina 29461

PLEASE TAKE NOTICE that on August 23, 2005, Third Party Defendant Ameriquest Mortgage Company filed a Notice of Removal of this action (your case number 2005-CP-08-1186) in the United States District Court for the District of South Carolina. A true and correct copy of the Notice of Removal is attached hereto.

PLEASE TAKE FURTHER NOTICE that the filing of the Notice of Removal in the United States District Court for the District of South Carolina and the filing of this notice effects the removal of this action, and pursuant to 28 U.S.C. § 1446(d), this action may proceed no further unless and until the case is remanded.

*/s/ A. Parker Barnes III*

James Y. Becker, Federal Bar No. 5733
John H. Tiller, Federal Bar No. 4890
A. Parker Barnes III, Federal Bar No 7628

HAYNSWORTH SINKLER BOYD, P.A.
1201 Main Street, 22nd Floor (29201-3232)
Post Office Box 11889
Columbia, South Carolina 29211-1889
(803) 779-3080

Attorneys for Third Party Defendant
Ameriquest Mortgage Company

August 23, 2005