# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET-BACKED PASS THROUGH CERTIFICATES, SERIES 2004-R8, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2004, WITHOUT RECOURSE, | ) ) ) ) ) ) ) |
| PLAINTIFF, | ) ) |
| v. | ) ) C/A No. 2:05CV2449-DCN ) |
| THOMAS H. TYNER a/k/a THOMAS HAROLD TYNER, JENNIFER C. TYNER a/k/a JENNIFER CLINK TYNER, SAMUEL SPANN, HUGH TAYLOR, THE UNITED STATES OF AMERICA acting by and through its agency the INTERNAL REVENUE SERVICE, AND HERITAGE TRUST FEDERAL CREDIT UNION, | ) ) ) ) ) ) ) ) |
| DEFENDANTS. | ) ) **CERTIFICATE OF** |
| THOMAS H. TYNER AND JENNIFER C. TYNER, INDIVIDUALLY AND AS REPRESENTATIVES OF A CLASS OF INDIVIDUALS SIMILARLY SITUATED, | ) **FILING AND SERVICE** ) ) ) ) |
| THIRD PARTY PLAINTIFFS, | ) ) |
| v. | ) ) |
| AMERIQUEST MORTGAGE COMPANY, LAURA SHAY, A GROUP OF ASSIGNEES OF NOTE AND MORTGAGES FROM AMERIQUEST MORTGAGE COMPANY REFERRED TO HERE AS RICHARD ROES 1 THROUGH 100, AND A GROUP OF INDIVIDUALS EMPLOYED OR AGENTS FOR AMERIQUEST MORTGAGE COMPANY REFERRED TO HERE AS JOHN DOES 1 THROUGH 100, | ) ) ) ) ) ) ) ) ) |
| THIRD PARTY DEFENDANTS. | ) ) ) |

## CERTIFICATE OF FILING AND SERVICE

I, the undersigned attorney for Third Party Defendant Ameriquest Mortgage Company, hereby certify that I have caused the original Notice of Filing of Notice of Removal and copies of the Notice of Removal and Notice of Removal to All Adverse Parties to be filed with the Clerk of the Court of Common Pleas of Berkeley County, South Carolina ("Clerk"), by having these documents hand-delivered to the Clerk, whose name and address appear below, on August 23, 2005.

I further certify that I have served duplicate originals of the Notice of Removal to All Adverse Parties and copies of the Notice of Removal, Notice of Filing of Notice of Removal, Civil Cover Sheet, and Answers to Local Civil Rule 26.01 Interrogatories, upon all counsel and parties of record, whose names and addresses appear below, by causing these documents to be mailed postage pre-paid on August 23, 2005 as indicated below.

**Hand-delivered to:**

The Honorable Mary P. Brown
Berkeley County Clerk of Court
300 California Avenue
Moncks Corner, South Carolina 29461

**Mailed to:**

| | |
|---|---|
| Lawrence E. Richter, Jr., Esq. | Cheryl H. Fisher, Esq. |
| David K. Haller, Esq. | Jennifer W. Rubin, Esq. |
| Richter & Haller, LLC | Rogers Townsend & Thomas, P.C. |
| Post Office Drawer 1089 | Post Office Box 100200 |
| Mt. Pleasant, South Carolina  29465 | Columbia, South Carolina  29202 |
| | |
| Attorneys for Defendants/Third Party Plaintiffs Thomas Tyner and Jennifer Tyner, individually and as class Representatives | Attorneys for Plaintiff |

Columbia: 663676 v.1

2

| | |
|---|---|
| Lionel S. Lofton, Esq.<br>Lofton & Lofton, P.C.<br>Post Office Box 449<br>Charleston, South Carolina  29402<br><br>Attorneys for Third Party Defendant<br>Laura Shay | Hugh Taylor<br>114 Steeplechase Drive<br>Goose Creek, South Carolina  29445<br><br>Defendant, *Pro Se* |

s/ A. Parker Barnes III
James Y. Becker, Federal Bar No. 5733
John H. Tiller, Federal Bar No. 4890
A. Parker Barnes III, Federal Bar No 7628

HAYNSWORTH SINKLER BOYD, P.A.
1201 Main Street, 22nd Floor (29201-3232)
Post Office Box 11889
Columbia, South Carolina 29211-1889
(803) 779-3080

Attorneys for Third Party Defendant
Ameriquest Mortgage Company

August 24, 2005